CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Mara González Souto (Bar No. 349314)
(E-Mail: Mara_Gonzalez-Souto@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7550
Facsimile: (213) 894-0081

Attorneys for Defendant
BERNARDO CARACHURE HERNANDEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BERNARDO CARACHURE HERNANDEZ,

Defendant.

Case No. 2:26-mj-01474-DUTY

**DOCUMENTS IN SUPPORT OF BERNARDO CARACHURE HERNANDEZ'S RELEASE ON BOND CONDITIONS**

Defendant Bernardo Carachure Hernandez, by and through his counsel of record Deputy Federal Public Defender Mara González Souto, hereby submits the attached Exhibits in support of Mr. Carachure Herandez's release on bond conditions:

- Exhibit A - School Records
- Exhibit B - 28 Letters of Support
- Exhibit C - Employment Records
- Exhibit D - Photos

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 17, 2026

By */s/ Mara González Souto*

Mara González Souto
Deputy Federal Public Defender for BERNARDO CARACHURE HERNANDEZ