Sarah Walker

Santa Barbara

CA

Honorable Immigration Judge,

My name is Sarah Walker, and I am writing in support of my coworker and good friend Bernardo Carachure. I had the opportunity to work with Bernie at the Santa Barbara Shellfish Co in Santa Barbara for four years where he works as a head chef. He is missed dearly by coworkers, friends, and family.

During the time I worked with him I saw firsthand how hardworking, dependable, and kind he is. He is someone the restaurant relies on heavily because he consistently shows up, works hard, and treats everyone around him with respect. He is also a head chef that the restaurant relies on to function daily. In an industry where reliable employees are hard to find, he has always been someone the team and management could count on.

Beyond his work ethic, Bernie is simply a genuinely good person. He is friendly, respectful, and always willing to help others. He creates a positive environment in the workplace and treats coworkers and customers with kindness.

I understand that he came to the United States as a child and attended high school in Santa Barbara. This community is the only home he has really known. Losing someone like him would not only impact the restaurant that depends on him but also the people who have come to know him as a friend and colleague. His whole life and support system is here.

I respectfully ask that you take his character, work ethic, and deep ties to this community into consideration. I strongly believe he deserves the opportunity to continue building his life here.

Thank you for your time and consideration.

Respectfully,

Sarah Walker

3/16/2026

Dear Honorable Judge,

My name is Sean Klein; I am a manager at Santa Barbara Shellfish Company and am writing in regards to Bernardo Carachure Henrnandez. I have worked alongside Bernie since 2018, and I can honestly say there has been no one that has worked back-of-house that I have respected and trusted more than him.

At Santa Barbara Shellfish Company we work with each other in close quarters-the kitchen is in the center of the restaurant where we can all hear each other most of the time. Consequently, conflicts between servers and kitchen staff are often amplified because of the close proximity. Just several months ago, one of such incidents occurred, and Bernie verbally and physically stood between one of the line cooks and the server who were arguing and continued throughout the day trying to cheer both sides up in an attempt to keep morale as high as possible. While this may not sound like an impressive feat, it is an extremely difficult thing to do-our busy restaurant is a tornado of chaos, and more so, the divide between the Spanish-speaking kitchen members and the English-speaking servers and managers is always present and ranges from very mild to extremely tense from time to time. This was by no means an uncommon thing for Bernie to do. He truly wanted both sides to strive to understand and empathize with each other a little bit more and to talk to one another. In the eight years I have been at my job, no one I know of has selflessly wanted such unity like he has.

[redacted] My door will always be open to him no matter what; I will offer him love and support even if his world looks very different than it did before. I am grateful for my opportunity to share this; thank you for your time.

Kind regards,

Sean Klein

Manager, Santa Barbara Shellfish Company

[redacted]

Tuesday, March 17th 2026

Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

My name is Adrian Dominguez. I'm a longtime resident of Santa Barbara, CA and hospitality professional, currently employed by one of the most successful restaurant groups in the state. I am also a single father, raising two amazing young men, I've known Bernardo 'Bernie' Carachure for approximately three years, as a friend and also as one of his managers at my former place of employment, Lucky's Steakhouse in Montecito, CA.

From his first day at Lucky's, Bernie instantly became one of my favorite people to be around. He moves through life with lightheartedness, goodwill towards everyone and joy. There is not a single time that I can recollect where this young man didn't have a smile on his face — even during the most challenging of shifts. He interacts with everyone, peers and strangers alike, with grace and warmth. It's not an overstatement to say that that there is a light of greatness shining within this young man that nothing can extinguish. He has two jobs and routinely gives his all at both. He has family and friends that love him dearly. He would give the shirt off of his back to anyone that needs it without question.

I cannot possibly be clearer: Bernardo Carachure is a genuinely good person, more than deserving of being allowed to continue on his path here. I would choose to live among countless people of Bernie's character, finding their way to set roots here, over anyone else.

Thank you for taking the time to read this.

Sincerely,

*Adrian Dominguez*

Adrian Dominguez

Date: March 17, 2026

Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

I am writing this letter in support of Bernardo Carachure and to respectfully vouch for his character. I have had the privilege of knowing Bernardo both professionally and personally, and I can confidently say that he is a kind, hardworking, and compassionate individual who would never intentionally harm anyone.

I first met Bernardo when we worked together at Los Agaves. From the very beginning, he stood out as someone who was always willing to help, no matter the task. He approached his work with a positive attitude, reliability, and a genuine desire to support those around him. He consistently went above and beyond, and his work ethic was both motivating and inspiring to everyone on our team.

As I got to know Bernardo on a more personal level, especially through his relationship with my sister, Diana, I saw an even deeper side of his character. He is someone who puts God, his family, and his loved ones first. His commitment, loyalty, and love for my sister have been evident in the way he shows up for her and for all of us. He is always present for important milestones and remains supportive through both good times and difficult moments.

Bernardo is not only a devoted partner but also a person who genuinely cares about others. The situation he is currently facing does not reflect the person I know. I truly believe his actions were not driven by harm, but rather were a result of self defense under difficult circumstances. It is incredibly hard for those who know and love him to see him going through this, especially knowing his true nature.

Bernardo has always been someone who shows up for others, and now we are standing by him in the same way. I respectfully ask the Court to consider his character, his values, and the positive impact he has on those around him when making any decisions regarding his release.

Thank you for your time and consideration.

Respectfully,
Adriana Carlos-Arellano

WORLD FAMOUS
El Paseo
MEXICAN
RESTAURANT

Alex Castillo
[redacted]

March 13, 2026

RE: Bernardo Carachure Hernandez

To Whom It May Concern:

It is my pleasure to write a personal letter of recommendation on behalf of Mr. Bernardo Carachure Hernandez.

I have known Bernardo October, 2022. As a server & kitchen stuff. for over four years. He worked as cook & server for catering

Bernardo is honest, hardworking and is always to striving to create a prosperous future for himself and his family. Since his arrival in this country he has mastered the English language and He has established himself in this community.

Bernardo is working hard to be somebody in life & role model for his cousins & friend with the same strong moral values that he has been instilled with. it is with strong conviction that I endorse Bernardo to keep working in the restaurant. Bernardo needs to be opportunity due to his family so that They may lead a long life not to mention that Bernardo is and will continue to be an asset to this community wonderful restaurant & hospitality industry

Respectfully,

Alex Castillo
Executive Chef
El Paseo Restaurant

Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

Bernardo "Bernie" is our beloved family member in the restaurant. He is hard working, soft spoken and friendly to all our staff here at Lucky's. Above all he is well respected and missed. We are all deeply affected by the events that have occurred and pray for his immediate release.

Sincerely,
Carolyn Cabugos and Lucky's Crew

Whom It May Concern,

I am writing this letter to express my strong support for Bernardo Carachure Hernandez, who has been working with us as a cook at Rosewood Miramar Beach.

Bernardo has proven himself to be an exceptionally hardworking, reliable, and dedicated member of our kitchen team. Professional kitchens are highly demanding environments that require discipline, teamwork, and consistency, and Bernardo consistently demonstrates these qualities in his work every single day.

What stands out most about Bernardo is his extraordinary work ethic. He currently works three jobs and, despite the demanding schedule this requires, he has never missed a shift with us. His commitment to his responsibilities and his determination to work hard and support himself are qualities that speak volumes about his character and integrity.

In the kitchen, Bernardo is dependable during service, respectful to his colleagues, and always willing to step in wherever help is needed. He approaches his work with humility, professionalism, and a genuine desire to improve his skills as a cook. These qualities have earned him the respect of both management and the entire kitchen team.

Bernardo is not only a valued member of our staff but also someone who contributes positively to the culture of our kitchen. His dedication, reliability, and strong moral character make him someone we trust and rely on every day.

For these reasons, I respectfully offer my full support for Bernardo and sincerely hope he is given the opportunity to continue working and contributing to our community and the culinary profession.

Please feel free to contact me if any further information is required.

Sincerely,

Chef Massimo Falsini

[redacted]

To Whom It May Concern,

I am writing to provide a character reference for Bernardo Carachure Hernandez.

Bernardo has been employed with our company, Santa Barbara Shellfish Company, for over ten years. During that time, he has consistently proven himself to be an exceptional employee and an important part of our team. I have personally worked with Bernardo on numerous occasions and have always found him to be professional, dependable, and extremely hardworking.

Bernardo is consistently punctual, reliable, and takes great pride in his work. In a fast-paced restaurant environment, those qualities are critical, and Bernardo has demonstrated them every day throughout his many years with our company. He approaches his responsibilities with a strong work ethic and maintains a positive attitude with both coworkers and management.

Employees who show the level of dedication and consistency that Bernardo has demonstrated over more than a decade are rare. Bernardo is someone we trust and rely on, and he has earned the respect of both his colleagues and management through his professionalism, reliability, and commitment to doing his job well.

Over the many years that Bernardo has been part of our organization, he has proven himself to be a person of strong character and integrity. He is respectful, responsible, and consistently conducts himself in a manner that reflects positively on our company. Employees like Bernardo are incredibly valuable in our industry, and his continued presence is important to the stability and success of our team.

Based on my experience working with him for many years, I can say without hesitation that Bernardo is an outstanding employee. I strongly support him and respectfully ask that his character, long history of employment, and positive contributions be taken into consideration.

If you have any questions or need additional information, please feel free to contact me:

[redacted]

Chris Jow
Director of Operations
Santa Barbara Shellfish Company

March 14, 2026

The Honorable Judge Christensen
United States District Judge
[redacted]

**Re: Letter of Support for Bernardo Carachure Hernandez**

Dear Judge Christensen:

My name is Emma Herrera. I am a mother, student, and server, and I have known Bernardo Carachure Hernandez for over four years. During that time, we have worked side by side four to five days a week in the same restaurant. I have come to know him very well both professionally and personally. At work, everyone knows Bernardo as "Junior," and that is the name I will use throughout the rest of this letter.

Junior plays an essential role in his family. Over the years, he has carried a great deal of responsibility as a caretaker for many younger members of his family. Junior and I often talk about our personal lives, and I have heard firsthand about the many ways he shows up for his relatives. When he is not working at one of his jobs, he spends much of his time helping care for younger cousins and family members. He takes them to doctor's appointments, brings them to and from school, and makes sure they can participate in extracurricular activities after school. Many of their parents are working multiple jobs as well, and Junior helps fill an important gap by ensuring these children have transportation, supervision, and encouragement. His presence in their lives is consistent and meaningful, and I know that the younger generation he helps care for is undoubtedly missing his support, guidance, and the role he plays in keeping them connected to school and community activities.

Junior's character is one of the things that stands out most to everyone who knows him. At work, he is like a big, bright, soft teddy bear who makes people laugh and brings a sense of warmth to the entire restaurant. He regularly checks in with coworkers on a personal level and takes a genuine interest in their lives. For example, he often asks about my two-year-old son, wanting to know how he is doing, what he is learning, and even what his favorite foods are. His curiosity and care are sincere and consistent. I have also seen him go out of his way to help others in small but meaningful ways. One moment that stands out to me happened recently when Junior saw a woman outside the restaurant trip and take a hard fall. Without hesitation, he ran out to assist, helped her to her feet, found a place for her to sit, brought her water and ice, and stayed with her until she was able to locate her family members. These moments reflect who Junior is at his core. He is compassionate, attentive, and always willing to help.

Our workplace itself is a small, tight-knit restaurant where many of us have worked together for several years. Because of that, we know each other very well and support one another both professionally and personally. We hold each other accountable, celebrate each other's successes, and care deeply about one another's well-being. I have no doubt that whatever

hardships Junior may face, he has a strong and caring support system through our workplace community that is ready to stand by him and help him continue moving forward in a positive direction.

Over the years, I have also watched Junior grow tremendously. When he first began working at the restaurant, he started as a prep cook. Through dedication, reliability, and hard work, he gradually took on more responsibility and developed his skills. Today he is the lead chef and widely regarded as the best one we have. He is someone the entire staff relies on, and we are always happy when we see him walk in for a shift because we know things will run smoothly and the atmosphere will be better for everyone. Watching him take on more responsibility both at work and in his family life has shown me how seriously he takes his role in supporting the people around him.

In closing, Junior is deeply loved by the people who know him. His absence has been felt strongly in our restaurant. The workplace feels quieter and less joyful without him there. Beyond his immediate family, his coworkers and friends genuinely miss him and hope to have him back as part of our daily lives. Junior brings positivity, kindness, and stability to the people around him, and I truly believe that his continued presence in our community is meaningful not only to his family but also to those of us who have had the privilege of working alongside him.

Respectfully,

*Emma Herrera*

Emma Herrera CMT, CST-T

3/16/2026

Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

My name is Esai Macario and I am from Santa Barbara, CA. I currently work at Lucky's in Montecito, CA and have been working there for the past 9 years. My job titles are server and also manager. I have had the privilege of working with Bernardo for about 3 years now. I have worked alongside him as well as have been his supervising manager on other occasions.

I've known some of his family for almost 10 years. I know they are hard working people who work in various restaurants throughout the city. Bernardo and I also have mutual friends who have known him since he was a young teenager. Living in Santa Barbara is more expensive than other cities and I know Bernardo has worked in the food service industry since he was young to help support his family and bills. Now as an adult he has worked more than 1 job to be able to support himself and his family.

My first impression of Bernardo was that he is a very respectful and hard working person. He already had a lot of restaurant experience at such a young age. He learned very quickly how to provide fine dining service and quickly became one of our best members on the team. He never complains and always gives his best effort. As one of his managers, I know I can count on him to complete any task the job requires. I remember he helped walk out one of our older customers and waited with her at the front of the restaurant while the valet brought her car to her. I have never heard him talk back or start any issues while working. Bernardo is also very fun to work with. He has a great attitude, and is always smiling and joking with his colleagues.

I have known and worked with some of his family. His uncle, Mauricio taught him how to cook and has been a big mentor in that aspect. At Lucky's, we're a big family of coworkers. We always look out for each other and have deeper connections than just being coworkers. A lot of our staff has been working there for more than 10 years, including some of his family either currently or have previously worked at Lucky's. I know there are a lot of people who care for him and will make an effort to help Bernardo move forward. He is a valued member of the Lucky's family.

Bernardo has a lot of life to live ahead of him. He is not a bad person, I know he has a good head on his shoulders. He's always been a dependable person and hard worker. He has so much potential for much more and I believe he can achieve greater things. I hope I can be a part of his life for many more years.

Esai Macario

March 14, 2026

Honorable Judge,

My name is Gabriela Carachure, and I live in Santa Barbara, California. I am writing this letter in support of my brother, Bernardo Carachure Hernández. I have known him my entire life, and I am grateful for the opportunity to share with the Court the kind of person he is and what he means to our family.

Bernardo and I grew up together, and throughout our lives I have always known him to be a kind and caring person. Our family has always been very important to him. From a young age, he showed that he cared deeply about the people around him and always tried to support our family in any way he could.

My brother is a very kind, humble, and generous person. He is always willing to help others with anything they need. Whether it is helping a friend, a family member, or even someone he just met, he never hesitates to lend a hand. One thing that stands out about Bernardo is that he is always smiling and tries to bring positivity to those around him. He has a warm personality, and people feel comfortable around him because of his kindness.

Bernardo is also a very hardworking person. He has always taken his work seriously and has worked hard to support himself and help our family. I remember how he would work long hours and still find ways to help our parents financially. Seeing him support our parents like that has always made me proud of him. He truly cares about his family and always tries to be there for us when we need him.

Another quality that defines Bernardo is his sense of responsibility and respect for others. He has always treated people with respect and tries to do the right thing. In our family, he has always been someone we can rely on when we need support, advice, or encouragement. He listens to others and genuinely cares about their well-being.

Bernardo's presence is very important to our family. He brings unity, support, and strength to us. If he were not able to be with us, it would be very difficult for our family emotionally. We depend on each other, and Bernardo has always been someone who helps keep our family strong and connected.

Our family is very close, and Bernardo has a strong support system. We all love him very much and want to continue supporting him as he moves forward. As his sister, I will always be there for him emotionally and personally, and our family will continue to guide and support him. He means so much to us, and we are committed to helping him continue building a better future.

I truly believe that Bernardo has a good heart and the ability to continue growing and improving his life. He is someone who values family, works hard, and cares deeply about others. I believe he wants to continue moving forward in a positive direction and make his family proud.

Thank you for taking the time to read my letter and for considering my perspective. I truly appreciate the Court's time and attention.

Respectfully,

Gabriela Carachure
Santa Barbara, California

Signature: Gabriela Carachure

3/16/2026

Judge Christensen

United States District Judge

[redacted]

Dear Honorable Judge Christensen,

My name is Ian Humphrey. I'm self employed and run a real estate and mortgage business. I am currently living in Washington State due to having to move back to my hometown to help take care of some family. I spent the last 10 years in Santa Barbara and fully expect to be purchasing a primary residence in SB once I'm no longer needed here in Washington. I met Bernie Carachure Hernandez "Junior" while working at the Santa Barbara Shellfish Company from 2018-2024. He was in his teens when I met him. He attended Santa Barbara High School during the day and would come directly to the restaurant after to wash dishes every single day to help his family out with bills. I worked at the Shellfish Company with Bernie for 6 years. My math says I spent over 8,000 hours next to him. I know this guy very well. I look at him like my little brother.

Bernie excelled in the restaurant. Over the years he moved from dishwasher, to salads, to pantry.. and then one day we let him cook and he ended up being the best chef on staff. This is one of the busiest restaurants in the nation during the summertime. Our bar top overlooks our kitchen staff so guests that sit at the bar can watch their food being prepared. Watching Bernie cook is like watching a performance. He is amazing and he does it each and every day with a smile on his face.

Once he had graduated from Santa Barbara High School he picked up a second job. It is no exaggeration when I say Bernie works 16 hours a day / 6 days a week. He works grueling hours and still somehow finds a way to be the nicest person at the restaurant every day. He is extremely loving and caring, often greeting me with a meaningful hug when walking in the door. He takes care of his friends and family. He often goes out of his way for others never expecting anything in return. On a personal level, I've always completely trusted Bernie.

Bernie built an entire life in Santa Barbara. He went through the school system and graduated from Santa Barbara High School. His entire family is there. He has a beautiful

fiancé. He has two workplaces that love him dearly. He is truly an integral part of the community.

I have a lot of great memories with Bernie. One that comes to mind that really describes him is my birthday party in 2023.. I threw a baseball themed birthday party in my backyard on the west side of Santa Barbara.. While I obviously love Bernie.. we are in different cliques and from completely different cultures. Many of my friends still know him from coming into the restaurant but he spends most of his time with the Spanish community. I begged him to show up to my birthday. He showed up by himself, dressed to the nines (like you would for a Spanish party) and he brought me 3 perfectly wrapped gifts along with a cake that he stayed up late the night before after his two restaurant shifts. I'm sure he didn't' sleep. He painted it with icing to make it look like a baseball to fit the theme. My heart melted. I was turning 28 years old... None of my friends brought me gifts... This kind of gesture is a daily thing for Bernie. The young man has an incredible heart.

Ian Humphrey

DocuSigned by:
Ian Humphrey
410ACD6EC3ED4D4...

To Whom It May Concern,

My name is Jamie Hay, and I am writing this letter in support of Bernardo Carachure Hernandez . I've known him for about ten years, since he was a teenager working at the restaurant where we both worked.

Over the years I've come to know him not just as a coworker, but as a genuinely good person. Even though he is younger than me, he has always been someone who looks out for the people around him. Working late nights in restaurants can be chaotic, and he was always the person making sure everyone got home safe. There were many nights he would walk me to my car or wait until I left before heading out himself. Those small acts meant a lot and showed the kind of person he is.

As he got older, he took on a lot of responsibility in the kitchen. Running a kitchen is not easy and requires leadership, reliability, and the ability to stay calm under pressure. He became someone the entire team depended on. Night after night he showed up, worked hard, and helped keep things running smoothly. I watched him grow from a young kid learning the ropes into someone trusted with real responsibility.

Outside of work, he has always been someone who shows up for the people in his life. He has supported friends, coworkers, and even my family in ways that go beyond what most people would do. There have been times when he offered help, even financially, when he knew someone was struggling. That kind of generosity and loyalty says a lot about his character.

I respect our laws and understand that the court has a responsibility to enforce them. At the same time, I hope the court can consider the full picture of who he is as a person. The man I have known for the past decade is hardworking, responsible, and deeply valued by the people around him. He has spent years contributing to his workplace and supporting the people in his community.

He is not defined by one mistake or one difficult moment. He is someone who cares about others, who works hard, and who has built meaningful relationships here over many years. I truly believe he deserves the opportunity to continue growing, contributing, and being part of the community that cares about him.

Thank you for taking the time to read my letter and consider my perspective.

Sincerely,
Jamie Hay

Dear Honorable Judge,

This letter is in regards to Bernardo "Junior" Hernandez. My name is Jonathan Fisher, 33, a Santa Barbara born and raised resident. I have been a manager at the Santa Barbara Shellfish Company, a historic restaurant located on Stearns Wharf for the past ten years. The Shellfish Company is where I met Junior where we hired him somewhere around 2017-2018 when he was just 16 years old. Junior came referred to by his Uncle Mauricio who has been a longtime senior chef with us along with several other family members including his father Bernardo Sr.

Junior would attend class at Santa Barbara High School during the day and show up to work on time to wash dishes at night. He wasn't an English speaker when I first met him, but between work and school he seemed to pick it up with ease. As Junior picked up English he started to come out of his shell and I really started to see him excel with level of work and developing quality relationships with both back and front of the house employees. After a summer or two Junior got off the dishes and started learning chef skills like how to work with a knife, build sauces, and shuck oysters. He was trained by his Uncle Mauricio who he looks up to a lot. When Covid hit and staff was cut to almost nothing, Junior was one of the select few we had working a full schedule. During this time he was able to learn how to work the line, the most difficult job there is in our restaurant. The line is where the burners are, where every hot dish in the restaurant gets made, and in our small yet high volume kitchen, it's a one man job. Junior became a leader when he was promoted to line chef. As a manager I rely on him to make sure food gets out on time, tasting, and looking good but also as a point of contact for any communication that might happen. Over the past few years he has become an essential part of our kitchen and I truly believe nobody does Junior's job better than him. Between the quality of work and positivity he brings into the work place, his absence is felt heavily on the kitchen and staff. I have worked thousands of shifts with Junior and one I always look forward to is Monday night with him and his Uncle Lute. The two go back and forth bantering and cracking jokes keeping the mood light without dipping in performance. Relationships like this are heavily valued by management as it really creates an enjoyable workplace for employees that often have a high stress job.

Along with being a heavily valued employee, Junior is also a heavily valued friend and family member. He helps his family with household income, providing them stability with rent and other living expenses. Junior has always been beyond generous. At my wedding we wanted an oyster bar and Junior was the first person I wanted to run it. He was a hit and everybody loved him and his oysters. When it came time for payment he refused saying it was his gift to us. I'm really glad Junior was there that day and I got to share those memories with him.

As of recent Junior has picked up a second job bussing tables at a well known high end steakhouse in Montecito. Despite his recent trouble with the law, I'm hopeful Junior can return to his community and continue his career in the food service industry. I know whatever he wants to do in the restaurants, he can do it whether that be a head chef, server, or eventually general manager. Junior truly is one of my favorite people and I have no doubt Santa Barbara and my community is a better place with him in it.

Thank you for your time,
Jonathan Fisher

03/15/26
United States District Judge
[redacted]

Dear Honorable Judge Stephanie Christensen,

My name is Juan Carlos De La Luz, and I live in the city of Santa Barbara, California. I am a family member of Bernardo Carachure Hernández, whom I have known since I was 13 years old. I am writing this letter with hopes of giving you a better understanding of the kind of person Bernardo is. Bernardo is an extremely hardworking individual. Throughout the years that I have known him, he has consistently demonstrated his ability to move forward even during times of uncertainty. He often takes on multiple jobs in order to help support his family. Whether it means picking up extra shifts or working side jobs to earn additional income, he is always willing to put others before himself.

Bernardo is also someone who is always willing to lend a helping hand. There have been countless occasions when he has helped me and other family members whenever possible. I would describe him as a selfless and responsible person. He is very respectful toward others and is always striving to become the best version of himself.

His family and friends are all willing to support him in any way we can. Bernardo always looks toward the future and works hard to move forward. He has many personal goals and aspirations that he is actively working toward each and every day.

Bernardo Carachure Hernández is a kind and compassionate person. Everyone around him has seen firsthand how deeply he cares about doing what is right. I truly believe he is committed to continuing to grow as a person, and everyone who cares about him is willing to stand beside him on that journey.

Sincerely,
Juan Carlos De La Luz

AQUIEN CORRESPONDA 03-15-2026

yo: Leonardo Castro Gutiorrez

hago Constar que conosco al Joven Bernardo Carachuro Hernandez
a el Como a su familia desde ase mucho tiempo
Conosco desde ase mucho tiempo a sus padres ya que Somos del mismo lugar de un pueblo en estado de Guerrero en (MEXICO) tenemos una amistad con sus padres desde ase mucho tiempo
por lo tanto conosco al Joven Bernardo desde muy pequeño y hago Constar que viene de una familia buena y trabajadora respetable y servicial Con la Comunidad y sus amistades
se que el joven Bernardo Como sus hermanos son Jovenes educados y respetuosos Con la personas y de buenos principios por que Conosco a sus padres y se que Son personas de valores y trabajadores y eso les an enseñado a su hijo Bernardo
hago constar que el Joven Bernardo es una persona educada y muy amable Con todos
Servicial con la Comunidad y amistades un Joven honesto y trabajador.

un Cordial saludo
ATTE: Leonardo Castro Gutiérrez

03/15/2026

Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

My name is Lucas Sorenson, and I live in Santa Barbara, California. I work with Bernie at the Santa Barbara Shellfish Co.. I work front of house while Bernie work in the back of house, and over the past four years I've had the pleasure of getting to know him well. During that time, Bernie has had a very positive impact on my life and on the environment at our workplace.

I don't know every detail of Bernie's background, but from what I do know, he comes from a family with strong values and grew up with limited opportunities. Despite that, he has always carried himself with humility and determination. It's clear that he was raised to work hard and to care about the people around him.

Bernie is one of the hardest-working people I have ever known. Between our restaurant and other jobs he frequently works 16-hour days, five days a week. Even with that demanding schedule, he consistently showed up with a positive attitude and a great sense of humor. His presence genuinely made the workplace better. On stressful nights when everyone was overwhelmed, Bernie would still find a way to lighten the mood and support the people around him.

What stands out most about Bernie is how caring and personable he is. He treats people with patience and respect, and he's the kind of person who takes the time to check in on others. Over the years I've seen how much his coworkers appreciate him, not just for his work ethic but for the kind of person he is.

It's difficult and painful for me to consider the detention of someone who contributes so much to his workplace, his community, family, and surrounding individuals. Bernie has always been someone who shows up, works hard, and brings positivity to the people around him. **I say this with complete sincerity: in the four years I have known Bernie, I have never once witnessed him act with ill intent toward anyone.**

Thank you for taking the time to read my letter and for considering my perspective. I believe Bernie is a good person whose dedication, kindness, and work ethic make a real difference to those who know him.

Respectfully,

Lucas Sorenson

Dear Bernardo Carachure
Bernando your the best cousin Ever! you give me chiken nugents when I go to your Job and you are very Kind with me, and you are very handsome, and my favorite part with Bernando is when we went to the Bowl with diana, me, Jose, and Angel.

buy Mauricio Carachure

Morgan Moore
Santa Barbara, California
[redacted]

To Whom It May Concern,

My name is Morgan Moore, and I am a resident of Santa Barbara, California. I am 44 years old and serve as the Program Coordinator, Assistant Varsity Coach, and Pitching Coach for the baseball program at San Marcos High School. I am also actively involved in fundraising efforts for our nonprofit organization, Friends of San Marcos Baseball. In addition to my work in education and athletics, I have been employed in the restaurant industry for over 20 years, including my current position with the Santa Barbara Shellfish Company.

Over the past eight years, I have had the privilege of working alongside and getting to know Bernardo Carachure Hernandez, who has been both a co-worker and a friend. During this time, I have watched him grow within our company, starting as a sous chef and taking on multiple roles including line cook, kill cook, server, and prep cook. He is widely respected within our organization and is considered one of the most dependable and hardworking members of our team.

Bernardo consistently demonstrates a strong work ethic. He is always on time, maintains a positive attitude, and brings energy and professionalism to every shift. He is someone we rely on, and he often goes above and beyond his responsibilities—whether that means helping teammates, running errands for the company, or supporting the kitchen staff in any way needed. For example, on Sunday mornings I often see him going to get breakfast for his whole team. He will often give people rides home if needed too.

On a personal level, Bernardo is friendly, respectful, and genuinely caring. Every time I see him, he takes the time to ask about my life, my wife, and how things are going. He brings a positive presence to the workplace and is someone who naturally builds strong relationships with those around him. His attitude and character make him not only a great employee, but also a valued member of our community.

To my knowledge, Bernardo has deep roots in Santa Barbara. He has spent most of his life here, attended school locally, and has close family ties in the area, including parents, siblings, and extended family members.

In my experience, Bernardo is an extremely hardworking, dependable, and kind individual who contributes positively to both his workplace and the community. I respectfully ask that you take this into consideration when reviewing his case.

Please feel free to contact me if any additional information is needed.

Sincerely,
Morgan Moore

San Marcos Baseball
Assistant Varsity / Pitchers
Program Coordinator
BA/ MBA

March 11, 2026

Sean Johnson

General Manager

Santa Barbara Shellfish Company

[redacted]

To Whom This May Concern,

I am writing to provide a character reference for Bernardo Carachure Hernandez. I have had the pleasure of working alongside Bernardo for over a decade. During that time, Bernardo has established himself as one of our most dedicated and dependable team members. He started in his teenage years and immediately impressed myself, as well as all other senior employees within our extremely busy establishment. We simply do not have enough members of our society with the work ethic and determination to improve ones standing in life as I have seen in Bernardo.

From day one, Bernardo has carried himself with a determined yet pleasant attitude. Over the years he has grown into a management position in our kitchen. His communication between our front of house and back of house staff has truly made for an extremely efficient and enjoyable work environment in what can often be a brutal profession. His skill level in food preparation and execution of high-level dishes is irreplaceable. I cannot express enough how important Barnardo is to our everyday operation.

Bernardo has also shown himself to be a courteous and proud member of our society outside of work as well. He has always expressed his happiness to live in the USA. He has been a taxpaying member of our society, working full-time since he was fifteen years old. When he isn't working

one of his two jobs, he is involved with his nephews sports teams as well as making himself available to his extended family and friends. He has personally helped my family on more than one occasion, watching children when in a pinch, or bringing homemade food to my home when my family was sick with the flu.

I absolutely recommend Bernardo as a trustworthy, hardworking and skilled member of our community. I believe his character and abilities will be an asset in any endeavor he pursues, and I support his immigration process without reservation.

Should you require further information, please feel free to contact me at [redacted] or [redacted]

Sincerely,

Sean Johnson

General Manager

Santa Barbara Shellfish Company

March 15, 2026

Honorable Judge

United States District Judge

[redacted]

Dear Honorable Judge,

My name is Antonio Sotelo a resident of Santa Barbara California and a US citizen. I am writing this letter in support of my colleague, Bernardo Carachure, but most importantly someone I consider a friend. I have known Bernardo for over 10 years. When I first met him, he was still a teenager, and over the years I have watched him grow and mature into a hardworking young man.

Bernardo has always been extremely hardworking and responsible. I have personally seen him work multiple jobs and often work double shifts, sometimes going directly from one job to another. Despite the long hours, he maintains a positive attitude, treats people with respect, and gets along well with others. I have seen him start with very little and gradually develop his skills as a cook, taking pride in his work and always trying to improve. Through his hard work and the respect, he shows others, he has built strong relationships and established roots in the community. Much of his family, including his parents, cousins, nephews, and fiancée, also live in Santa Barbara. Together, his family ties and the relationships he has built in the community further reflect and cement the life he has created there.

In the many years I have known him, I have never known Bernardo to be a violent person or someone who causes problems. He is not a threat to the community and has no history of violence. He focuses on working hard, supporting family, those around him, and building a better life.

Based on the many years I have known him, I truly believe he is a good person with strong character and a strong work ethic. If he is given the opportunity, I am confident that he will comply with and follow any conditions or requirements set by the court. I believe he will take that opportunity seriously and make sure that the chance he is given is not wasted.

Thank you for your time and consideration.

Sincerely,

Antonio Sotelo

Viviana Carlos Arellano
[redacted]

March 16 2026

The Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

I am writing this letter to provide support for Bernardo Carachure who is scheduled to appear before your court on March 19, 2026.

I have known Bernardo for 3 years now and I have always noticed that he consistently demonstrates a strong commitment to both professional and personal responsibilities. In my capacity as his shift leader and colleague at Los Agaves Restaurant, Bernardo excelled in his duties and even positively influenced those around him. His dedication and work ethic were truly exemplary as he very frequently went above and beyond the expectations. He had earned the respect of both his peers and supervisors.

Later on I got to know him on a more personal level, while in a relationship with my older sister Diana Carlos Arellano. Bernardo is a deeply loving and generous man who has always treated my sister and our entire family as if we were his own. From the very beginning, he showed kindness through words and consistent actions. He is always present at family gatherings while being supportive and genuinely caring in every function. He made the effort to build strong relationships with my parents and siblings. Whether it was during difficult times or moments of celebration, Bernardo showed up with compassion and loyalty, proving that family isn't just about blood, but about the love and commitment you choose to give every day.

I was overjoyed by Bernardo and Diana's engagement. Everything about it felt like a celebration of love, hope, and family. We'd spent weeks talking about plans, picturing the ceremony, and watching their excitement grow. But that joy shattered when Bernardo was suddenly taken by ICE. The news hit like a punch to the chest. One moment everything was going great and the next we were scrambling to understand what would happen to him. The anticipation of their new beginning turned into fear and heartbreak, and it's hard to believe how quickly love and happiness were replaced by uncertainty and loss.

In Santa Barbara the fear around ICE has grown so intense it reached undocumented communities and affected the lives of citizens and legal residents. [redacted]

[redacted]

Sincerely,

Viviana Carlos Arellano

March 15, 2026

Honorable Stephanie S. Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

My name is Yuliana De La Luz Leon. I am writing this letter in support of my cousin Bernardo Carachure Hernández. I first met Bernardo during my middle school years. Our first encounter was very memorable. I was on my way to an AVID summer program when I saw an unfamiliar face pull up in our driveway. I was surprised when I found out we were cousins, because from my understanding, I had met all of the cousins I needed to know about as a young child. Despite meeting him at a later age, he still formed part of many amazing experiences I could never forget. From the very beginning, Bernardo, or "Kuko" as we call him, was very warm and welcoming. The kindness he showed me that day is something I have continued to see in him over the years. Ever since then, I have been able to see his character through the many family gatherings and experiences we have shared.

Some of the many things I admire about Kuko are his hard work and dedication. My cousin is someone who had no choice but to mature quickly. From a young age, he has been responsible and diligent. He attended high school like any other normal kid his age, but was also working side jobs to help out his family. Any person who meets him can instantly tell that he is a resilient person who strives to overcome any hardships. He always puts others before himself. Kuko has worked many jobs and contributed most of his earnings to help his family live a better life. Not only is he a responsible son and a caring brother, but he is also a kind person who goes above and beyond to help others. He is really big on family. I remember on my way to school, I would often see him sitting outside the front porch of his house, keeping his grandma company. I never knew exactly what they would talk about, but it was obvious they enjoyed each other's presence.

With the love that Kuko has shown others, he has been able to build a strong support system that is there for him in everything. His parents, siblings, cousins, close friends, and anyone else who makes up part of his family will always be there for him. We are all willing to support him, whether it be financially or physically. Kuko is someone who is constantly looking towards the future. He has often taken up multiple jobs to help his family move forward. He's a great friend and listener when you need one, always doing favors for others and helping out those in need.

Bernardo Carachure Hernández is a wonderful, responsible, and caring person. He has a strong heart, and our family has seen how much he cares about doing the right thing. I know he is determined to keep growing, make better decisions, and work hard to build a better future for himself and the people around him.

Sincerely,

Yuliana

Yuliana De La Luz Leon

Date: March 17, 2026

Honorable Judge Christensen
United States District Judge
[redacted]

Dear Honorable Judge Christensen,

It is my privilege to write this letter in support of Bernardo Carachure. I first met Bernardo while we were both working at Los Agaves Restaurant in Goleta, California. During that time, I came to know him not only as a coworker but also on a personal level, which allowed me to see the type of person he truly is both in and outside of the workplace.

Professionally, Bernardo was always someone you could count on. He consistently supported his coworkers to ensure customers received the best possible service and was often the person willing to step in when someone called in sick. He regularly worked late nights and early mornings without complaint, demonstrating a strong work ethic and dedication to providing for his family. Beyond work, I also had the opportunity to know Bernardo personally as he built a relationship with my partner's sister, Diana. As their relationship grew stronger, I was able to see a more personal side of him through family interactions and time spent together. Bernardo is someone who puts God and his loved ones first, and he consistently shows respect, kindness, and care toward the people around him.

Based on the character I have witnessed firsthand, I firmly believe Bernardo is a good and compassionate person who would never intentionally harm anyone. [redacted]

Thank you for your time and thoughtful consideration.

Respectfully,
Christofer Saldana

Hello, my name is Sariddy Osorio. I live in Oxnard, California, I work for a home care company based in Santa Barbara, California. I have been working in the home care industry for many years, which has given me the opportunity to meet and work with many different people.

I met Bernardo about six years ago through my boyfriend. From the very first time I met him, he made a positive impression on me. He came across as a very kind, respectful, and caring person. Over time, I have come to see that he has a strong sense of responsibility and good character. He treats people with kindness and respect and is always willing to help others when they need it.

He has also helped me with volunteer work for the homeless. On several occasions, he helped me prepare and pack lunches for churches that distribute meals to people experiencing homelessness. His willingness to give his time to help those in need reflects the type of person he is—generous, compassionate, and community-minded.

Moving forward, I believe Bernardo will continue to make positive choices and contribute to his community. Based on the years that I have known him, I truly believe he is a person of integrity who cares about others and strives to do the right thing. I am confident in his character and believe he will continue to grow and have a positive impact on the people around him.

OUR LADY OF GUADALUPE CHURCH

[redacted]

[redacted] [redacted]

March 16th, 2026

Justice Department of Immigration

And Naturalization Services

To Whom It May Concern:

I, the undersigned Rev. Pedro J. Lopez, have been asked to write this letter for immigration purposes by Mrs. Maria Hernandez Garcia and Mr. Bernardo Carachure Leon, and their son Bernardo Carachure Hernandez who reside at [redacted]

They attend Sunday mass at 7:30 a.m.

Sincerely yours,

Rev. Pedro J. Lopez

Pastor