**F I L E D**
CLERK, U.S. DISTRICT COURT

3/27/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>BERNARDO CARACHURE HERNANDEZ,<br><br>            Defendant. | CR  2:26-cr-00182-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b):<br>Assault on a Federal Employee<br>Using a Deadly and Dangerous<br>Weapon Resulting in Bodily Injury] |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about March 10, 2026, in Los Angeles County, within the Central District of California, defendant BERNARDO CARACHURE HERNANDEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim W.L., an employee of the U.S. Immigration and Customs Enforcement, while W.L. was engaged in, and on account of, the performance of W.L.'s official duties, and in doing so made physical contact with W.L. and used a deadly and

//

//

dangerous weapon, namely, a wooden tree branch, resulting in the infliction of bodily injury to W.L.

                                        A TRUE BILL


                                        /S/ _____
                                        Foreperson


TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

ERIC L. MACKIE
Assistant United States Attorney
Major Crimes Section